UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

McGINN FAMILY LAND TRUST,

         Debtor.

CASE NO. C05-1604JLR

Bankruptcy No. 04-14134

ORDER

    This case is hereby transferred to the Honorable Ricardo S. Martinez as related to C05-1570RSM. All future pleadings shall bear the cause number C05-1604RSM.

    Dated this 26th day of September, 2005.

JAMES L. ROBART
United States District Judge

ORDER